**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **In re: Buck Lester Myers** | **CASE NO. 08-50839-RWK** |
| **Debtor(s)** | **CHAPTER 7** |

### ORDER ON MOTION TO REOPEN

For good cause shown, it is **Ordered** that

__X__ the above case be reopened pursuant to **Bankruptcy Rule 5010** for the purpose of **to allow debtor to avoid a transfer of property.**

__X__ Reopening of the above case(s) is subject to the payment of fees as set out below.

  __X__ The filing fee of $260.00 be paid to the Clerk, U. S. Bankruptcy Court, unless heretofore paid. Receipt #_2992253_ )

  _____ The filing fee for reopening the estate be, and the same is hereby, **waived** for correction of administrative error or for actions relating to the discharge.

  _____ The filing fee for reopening the estate be, and it is hereby, **deferred**. It is further **Ordered** that any deferred filing fee be collected from the estate, if any, created for the underlying case unless otherwise directed by the Court.

  _____ The case having been closed and forwarded to the Federal Records Center in Philadelphia, the cost of said retrieval in the amount of $45.00 be paid to the Clerk, U. S. Bankruptcy Court, unless heretofore paid. (Receipt # )

_____ The U. S. Trustee shall appoint a Trustee.

__X__ The pleading for which this case is reopened shall be filed within 30 days from the date of this order or this case shall be closed without further hearing, notice or order.

_____ Other

Failure to pay the fees as set out above within **fourteen (14) days** from this date shall result in dismissal of the Motion to Reopen without further notice, hearing or Order.

Service of a copy of this Order shall be by mail to the debtor(s); counsel for the debtor(s); trustee, if appropriate; Office of the U. S. Trustee; and other parties as may be directed.

**DATED:** June 10, 2010

_Ross W. Krumm_
_____
**ROSS W. KRUMM, JUDGE**

orcsk.frm
11-1-03

# CERTIFICATE OF NOTICE

```
District/off: 0423-5           User: morrisl              Page 1 of 1              Date Rcvd: Jun 10, 2010
Case: 08-50839                 Form ID: pdf003            Total Noticed: 1

The following entities were noticed by first class mail on Jun 12, 2010.
db           +Buck Lester Myers,    605 Celdons Lane,    Elkton, VA 22827-3057
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2010**                         **Signature:**       _Joseph Speetjens_